UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:20-cr-00046-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HARLANDO CARR | ) | |

This matter comes before the Court on the United States of America's Motion to seal the Government's Motion for Upward Departure [D.E. 35]. For good cause having been shown, the United States' motion is GRANTED. The Clerk of Court is DIRECTED to seal the Government's Motion for Upward Departure [D.E. 35].

SO ORDERED this 17 day of December, 2020.

J. Dever
JAMES C. DEVER III
United States District Judge